RETURN COPY

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 09-9770   DIVISION: L   SECTION: 6

JAMES W. PALMER SR. & SUCCESSION OF JAMES W. PALMER. SR.

VERSUS

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED _____    _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes, Petitioner James W. Palmer Sr. & Succession of James W. Palmer Sr., an individual of the full age of majority, lawful residents of the Parish of Orleans, State of Louisiana, who, with respect, represent that:

1.

Made defendant herein is Louisiana Citizens Insurance Corporation, a domestic corporation, authorized to do and doing business, in the Parish of Orleans, State of Louisiana, and which made the Secretary of State, State of Louisiana, be its agent for service of process.

2.

Defendants, Louisiana Citizens Insurance Corporation, are liable unto your petitioners, James W. Palmer Sr. & Succession of James W. Palmer Sr., for damages due to them under the Louisiana Civil Code, penalties, interests, attorney's fees, and any other relief that the law may allow for the following reason to-wit:

3.

On or about, August 29, 2005, James W. Palmer Sr. & Succession of James W. Palmer Sr. was the owner of the property known as 3718 S. Johnson St., New Orleans, LA 70125.



EXHIBIT A

4.

As a result of Hurricane Katrina, Rita, and Gustav, said property sustained wind damage, and Petitioners, timely filed a claim against defendant Louisiana Citizens Insurance Corporation, which had in full force and effect a policy of wind-storm damage coverage issued in favor of your petitioners, which policy was in full force and effect at the time.

5.

Despite acting in full compliance with all provisions of said insurance policy, defendant, Louisiana Citizens Insurance Corporation negligently acted in an arbitrary and capricious manner and failed to provide petitioners with all layers of coverage issued under said policy including but not limited to:

   A. Damage for property damage;

   B. Loss of use of property;

   C. Mold remediation;

   D. Loss of Contents;

   E. Debris removal;

   F. And all other types of coverage that was listed in said policy of insurance.

6.

Defendant has failed to provide your petitioners with the necessary layers of coverage within the time delays set out under the Louisiana Insurance Code and accordingly are in debt to your petitioners not only for coverages outlined here and above but also for all penalties, attorney's fees, and other measures permitted under the Louisiana Insurance Code for failure to adjust claims in a fair and reasonable way and to pay plaintiff's in a timely fashion.

WHEREFORE, after due proceedings be had, let there be judgment in favor of your petitioner, James W. Palmer Sr. & Succession of James W. Palmer Sr., as against defendant, Louisiana Citizens Insurance Corporation, for all damages outlines here and above together with judicial interests paid, all costs of proceedings, attorney's fees, penalties, and any other relief that the law may allow under the Louisiana Insurance Code due to the arbitrary and capricious way they handled claims.

Respectfully submitted,

DAVID W. BERNBERG #14079
Law Office of David W. Bernberg
Whitney Bank Building, Ste. 501
228 St. Charles Ave.
New Orleans, LA 70130
Phone (504) 581-7050
Facsimile (504) 581-7057

**PLEASE SERVE**

Louisiana Citizens Insurance Corporation
THRU THE SECRETARY OF STATE
State of Louisiana
Baton Rouge, LA

SERVICE COPY

CIVIL DIRSTICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-9770           DIVISION: "L"           SECTION: 6

JAMES W. PALMER, SR and SUCCESSION OF JAMES PALMER, SR

VERSUS

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED: _____           _____
                                  DEPUTY CLERK

### PLAINTIFF'S MOTION TO SUPPLEMENT AND AMEND PETITION BEFORE ANSWER

NOW INTO COURT, through undersigned counsel, come plaintiffs James W. Palmer, Sr. and Succession of James W. Palmer, Sr., who as a matter of right wish to supplement and amend their original petition to properly name Liberty Mutual Insurance Company as a defendant and remove Louisiana Citizens Insurance Corporation.

SERVED ON
JAY DARDENNE

DEC 1 0 2009

SECRETARY OF STATE
COMMERCIAL DIVISION

Respectfully Submitted:

_____
DAVID W. BERNBERG, (#14079)
Law Office of David W. Bernberg
Whitney Bank Building, Suite 501
228 St. Charles Ave.
New Orleans, Louisiana 70130
Telephone: (504) 581-7050
Facsimile: (504) 581-7057

CIVIL DIRSTICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-9770            DIVISION: "L"            SECTION: 6

JAMES W. PALMER, SR and SUCCESSION OF JAMES PALMER, SR

VERSUS

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED: _____        _____
                                 DEPUTY CLERK

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs, James W. Palmer, Sr. and Succession of James W. Palmer, Sr.'s, supplemental and amending petition be allowed.

New Orleans, Louisiana, this 21 day of December, 2009.

_____
(Sgd.) KERN A. REESE
JUDGE

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LOUISIANA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-9770              DIVISION: "L"              SECTION: 6

JAMES W. PALMER, SR and SUCCESSION OF JAMES W. PALMER, SR

VERSUS

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED_____                    _____
                                         DEPUTY CLERK

### PLAINTIFF'S SUPPLEMENTAL AND AMENDING PETITION

NOW INTO COURT, through undersigned counsel, comes plaintiffs, James W. Palmer, Sr. and Succession of James W. Palmer, Sr., who wish to supplement and amend their original petition, as follows:

1.

Louisiana Citizens Insurance Company was improperly named as defendant in these proceedings.

2.

Made defendant, herein, is Liberty Mutual Insurance Company who is a foreign corporation doing business in the state of Louisiana and offering coverage to plaintiffs for the property located at 3718 S. Johnson St., New Orleans, LA 70125 at all pertinent times, hereto.

3.

All other allegations contained in petitioner's original petition for damages are re-alleged and re-averred here, in extenso.

WHEREFORE, after due proceedings be had, let there be judgment in favor of plaintiffs, James W. Palmer, Sr. and Succession of James W. Palmer, Sr., as against defendant, Liberty Mutual Insurance Company, for all damages outlined here and above together with judicial interests paid, all costs of proceedings, attorney's fees, penalties, and any other relief that the law may allow under the Louisiana Insurance Code due to the arbitrary and capricious way they handled claims.

Respectfully Submitted,

_____
DAVID BERNBERG #14079
Law Office of David W. Bernberg
Whitney Bank Building, Suite 501
228 St. Charles Ave.
New Orleans, LA 70130
Telephone: (504)581-7050
Facsimile: (504)581-7057
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail
( ) Facsimile      ( ) Federal Express

New Orleans, Louisiana this 20 day of Nov 2009.

_____
DAVID W. BERNBERG, ESQ.

**Please Serve:**

Liberty Mutual Insurance Company
Through the Secretary of State
State of Louisiana
Baton Rouge, LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2009-9770                                                    DIVISION "L"

JAMES W. PALMER, SR. and SUCCESSION OF JAMES W. PALMER, SR.

Versus

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED:_____                    _____
                                                              DEPUTY CLERK

**LIBERTY MUTUAL INSURANCE COMPANY'S**
**MOTION FOR EXTENSION OF TIME**

Defendant, Liberty Mutual Insurance Company, ("Liberty"), hereby moves for an extension of time within which to respond to the above-referenced Petition and Supplemental and Amending Petition through and including January 12, 2010, on the following grounds:

1.

The plaintiffs served their Petition and Supplemental and Amending Petition on Liberty on December 10, 2009, thereby making responsive pleadings due December 28, 2009.

2.

Undersigned counsel recently received the Petition and Supplemental and Amending Petition and has not had sufficient time to formulate a response.

3.

Liberty would like to respond adequately, but needs additional time to respond.

149560

4.

Liberty requests that this Court grant it a fifteen (15) day extension of time within which to file responsive pleadings. This extension will not unduly delay the determination of this case.

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Insurance Company*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 28th day of December, 2009.

_____

149560

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2009-9770                                         DIVISION "L"

JAMES W. PALMER, SR. and SUCCESSION OF JAMES W. PALMER, SR.

Versus

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED:_____         _____
                                         DEPUTY CLERK

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant, Liberty Mutual Insurance Company, ("Liberty"), be and hereby is granted an extension of time, through and including January 12, 2010, within which to respond to the Petition and Supplemental and Amending Petition.

New Orleans, Louisiana, this _____ day of December, 2009.

_____
J U D G E

149560

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2009-9770 DIVISION "L"

JAMES W. PALMER, SR. and SUCCESSION OF JAMES W. PALMER, SR.

Versus

LOUISIANA CITIZENS INSURANCE CORPORATION

FILED:_____  _____
DEPUTY CLERK

**LIBERTY MUTUAL INSURANCE COMPANY'S**
**REQUEST FOR NOTICE**

Defendant, Liberty Mutual Insurance Company, ("Liberty"), pursuant to Louisiana Code of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913 and 1914, requests immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.

Respectfully Submitted,

_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Insurance Company*

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing Request for Notice has been served upon all parties of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 28th day of December, 2009.

_____
149561

# STATE OF LOUISIANA
# SECRETARY OF STATE

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
12/11/09
(225) 922-0415

LIBERTY MUTUAL INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129


SUIT NO: 099770
CIVIL DISTRICT COURT
PARISH OF ORLEANS


JAMES W. PALMER, SR. ETA L.
vs
LOUISIANA CITIZENS INSURANCE CORPORATION


Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State


Served on: JAY DARDENNE          Date: 12/10/09 at 3:00 PM
Served by: J. BROWN              Title: DEPUTY SHERIFF

==============================================================================
Received    Number        Date        Paid By                Amount
CHECK/M.O.  121455        12/07/09    OFFICE CIVIL SHERIFF   25.00

ADM                       $225
==============================================================================

# NO. 740242



**JAY DARDENI**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**





Priority Mail
ComBasPrice
02 1M
0004234204
$ 07.60⁰
DEC 11 2009
MAILED FROM ZIP CODE 70802



7009 0080 0001 0234 4585

Baton Rouge 70806-7708
FRI 11-DEC-2009-PM

SS151-A

Home

Please wait while we prepare this page for printing.

**Active Company Search Form**

[ New Search ]

Search By:

◉ Name
○ Companies Licensed Since
○ NAIC Number
○ License Type
○ Coverage Line
○ Classification

Note: Use the name field to search for a company name or the first name OR last name of an adjuster (Example: ABC Insurance Company; John OR Doe)

Name   Liberty Mutual Fire Insurance Company    [ Search ]

**EXHIBIT B**

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | | |
|---|---|---|
| Liberty Mutual Fire Insurance Company | | |
| **NAIC:** | 23035 | |
| **Status:** | Active | |
| **Domicile:** | WI | **License Types:** Admitted Insurer - 04/01/1930 |
| **Address:** | 175 Berkeley Street<br>Boston , MA 02117 | **Classification:** Fire And Casualty<br>**Coverage Lines:** Burglary and forgery<br>Fidelity - 07/20/1995 |
| | Click here for additional addresses | Fire and allied lines<br>Home Owners - 09/09/2003<br>Liability |
| **Phone:** | (603) 749-2600 x33122 | Marine and transportation<br>Miscellaneous<br>Steam Boiler and Sprinkler Leakage |
| | Click here for additional phones | Vehicle<br>Workers' Compensation<br>Surety - 07/20/1995 |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8585 Archives Ave.<br>BATON ROUGE, LA 70809 | |

RENEWAL A

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER: H32-291-006222-605 8   THESE DECLARATIONS EFFECTIVE 04/05/05

NAMED INSURED AND MAILING ADDRESS
ROSE P PALMER
3718 S JOHNSON ST
NEW ORLEANS LA  70125-4510

RESIDENCE PREMISES INSURED:
SAME AS MAIL ADDRESS

POLICY PERIOD: 04/05/05 TO 04/05/06
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

AGENT: TEFERA GEZAW
(504) 835-5495

FOR SERVICE CALL OR WRITE:
PO BOX 52102
PHOENIX AZ 85072

800-869-4009
CLAIMS: 800-225-2467

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
```
 I:COVERAGE A - YOUR DWELLING                                    $103,500
   COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES            $10,350
   COVERAGE C - PERSONAL PROPERTY                                 $51,750
   COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES            $20,700
II:COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)             $100,000
   COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)           $1,000
```

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $250
OTHER DEDUCTIBLES:  WIND/HAIL 2%      $2070

PREMIUM SUMMARY:   FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
  HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE         $ 1529
  HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                   FORGERY AND COUNTERFEIT MONEY               $1,000         $    0
  PREFERRED RISK RATING PLAN DISCOUNTS:   6.0%
    3.0% INSURANCE TO VALUE CREDIT                                            -$   46
    3.0% INFLATION PROTECTION CREDIT                                          -$   46
  PROTECTIVE DEVICE CREDITS:   6.0%                                           -$   92
    2% SMOKE DETECTOR                   4% FIRE EXTINGUISHERS & DEAD BOLT
  SAFE HOMEOWNER PROGRAM                                                      -$  229

NET PREMIUM                                                                   $ 1116

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
```
HO 01 17 01 04   SPECIAL PROVISIONS          HO 04 16 04 91  PROTECTIVE DEVICES
HO 04 96 04 91   NO SECII/LIMIT I-DAYCARE    FMHO-2885       OPTIONAL LOSS SETTLEMENT
FMHO-993         ARSON REWARD                FMHO-2136       WIND/HAIL DEDUCTIBLE
2344             LMHC MEMBERSHIP             FMHO-2265       AMENDATORY SEEPAGE END
FMHO-2493 5/03   AMENDATORY ENDORSEMENT      FMHO-2469       AMENDATORY MOLD END
FMHO-2835        INFLATION PROTECTION
```

EXHIBIT C

FMHO 775 R3   COUNTERSIGNED   02/14/05   PRU NUM: 426H848080   AGT NUM: 672650   AGT OFF: N OR REF NUM: 002   CAP FACT: 1.000

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 96000 | 03 | 036 | 036 | 000 | 02 | 0 | B | A | 0 | 48 | 000 | 1116 | 2 | 91 | 3990 | 694 |

RATED AS:    NEW ORLEANS (P)                                       SHP  00000   MAILING  00   PLAN  91
                                                                   CREDIT       00

PROT DEV-   580    TAX TERR-    0044
TIER  02                                  ML-15.35                                                  /